## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JUSTIN ASHLEY ROHRBAUGH**

**OLGA LETICIA GARCIA MARROQUIN DE ROHRBAUGH**,

Plaintiffs,

v.

**MICHAEL R. POMPEO, et al.**,

Defendants.

Case No. 19-cv-505 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [9] Defendant's Motion to Dismiss is GRANTED. The case shall be dismissed in its entirety. It is further

**ORDERED** that [9] Defendant's Motion to Transfer is DENIED.

This is a final appealable Order.

**SO ORDERED**.

 

CHRISTOPHER R. COOPER
United States District Judge

Date:  August 22, 2019